# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **United States of America**<br>Plaintiff<br><br>V.<br><br>**Shaquille Ramirez**<br>Defendant | Criminal No. **16-805-ADC**<br><br>21 USC secs. 846; 841 (a)(1), (b)(1)(B)(ii) |

## NOTICE OF APPEAL

**To the Honorable Court:**

**NOW COMES** defendant through the undersigned counsel and most respectfully **STATES AND PRAYS** as follows:

Notice is hereby given that above named defendant Shaquille Ramirez hereby appeals from the sentence imposed by the Honorable Judge Aida Delgado on 16 August 2018 entered in docket 127 in the above entitled action.

**RESPECTFULLY SUBMITTED**, ON THIS 30th day of August, 2018, IN SAN JUAN, PUERTO RICO.

**CERTIFICATE OF SERVICE:** I HEREBY CERTIFY THAT ON THIS DATE I HAVE FILED THE FOREGOING WITH THE CLERK OF THE COURT USING *CM/ECF* WHICH WILL SEND NOTIFICATIONS OF SUCH FILINGS TO ALL PARTIES IN INTEREST IN THIS CASE.

**S/ Julie Soderlund**
Julie Soderlund, MBA
**USDC-PR 210205**

PO Box 367761
San Juan, P.R. 00936-7761
soderlund.law@gmail.com
**Tel.** 787-721-6880